

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

ALEXANDRA SALINAS,          §

              Appellant,     §

vs.                        §

AUSTIN-RIVERSIDE OZ SPE LLC    §
d/b/a ARISE RIVERSIDE,

                         §

            Appellee.      §

                         §

No. 08-22-00205-CV

Appeal from the

County Court at Law No. 1

of Travis County, Texas

(TC# C-1-CV-22-001798)

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. *See* TEX.R.APP.P. 42.3.

We find that Appellant has not filed an Appellant's brief. Notice of appeal was filed September 21, 2022. The clerk's record was filed November 2, 2022, and Appellant's brief was due on December 2, 2022. On December 7, 2022, the Clerk of this Court sent a letter to Appellant notifying her it appeared she no longer wished to pursue this appeal, as neither an Appellant's brief nor a motion for extension of time had been filed. The letter indicated that the Court would submit this case for dismissal within ten days unless any party could show grounds for continuing the appeal. As of this date, Appellant has not filed an Appellant's brief or a motion for extension of

time to file a brief.[1]  Accordingly, we dismiss this appeal for want of prosecution.

                                                  YVONNE T. RODRIGUEZ, Chief Justice

December 21, 2022

Before Rodriguez, C.J., Palafox, and Alley, JJ.

---

1  We hear this case on transfer from the Third Court of Appeals in Austin. *See* TEX.R.APP.P. 41.3.